~~PROPOSED~~

FILED
CLERK, U.S. DISTRICT COURT

NOV 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

|  |  |  |
|---|---|---|
| STEPHEN G. OZAETA, | ) | Case No. CV 11-3960-JST (JEM) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| MATTHEW CATE, | ) | |
| | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  11/16/11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE